# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERRAKEDIS STINSON, | 1:09-cv-00213-OWW-SMS (HC) |
| Petitioner, | ORDER GRANTING RESPONDENT'S MOTION FOR EXTENSION OF TIME |
| v. | |
| JAMES D. HARTLEY, | |
| Respondent. | |

Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. On April 27, 2009, Respondent filed a motion to extend time to file a response to the Petition for Writ of Habeas Corpus. Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

Respondent is to and including May 27, 2009, in which to file its response to the Petition.

IT IS SO ORDERED.

**Dated:   May 4, 2009**              **/s/ Sandra M. Snyder**
                                      UNITED STATES MAGISTRATE JUDGE